1  Kimberly F. Rich, California Bar No. 185507
   E-Mail: kimberly.f.rich@bakernet.com
2  BAKER & McKENZIE LLP
   2300 Trammell Crow Center
3  2001 Ross Avenue
   Dallas, TX 75201
4  Telephone: +1 214 978 3000
   Facsimile:  +1 214 978 3099
5
   Shannon D. Sweeney, California Bar No. 204868
6  Email:  shannon.d.sweeney@bakernet.com
   BAKER & MCKENZIE LLP
7  101 West Broadway, Twelfth Floor
   San Diego, CA 92101-3890
8  Telephone  +1 619 235-7770
   Facsimile  +1 619 236 0429
9
   Attorneys for Defendant
10 CEC Entertainment, Inc.

11             UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13                    WESTERN DIVISION

14 ANA CHAVEZ, individually and on       Case No.  CV08-00372 GHK (JCx)
   behalf of other members of the general
15 public, similarly situated,           DECLARATION OF JAY YOUNG
                                         IN SUPPORT OF NOTICE TO
16              Plaintiffs,              FEDERAL COURT OF
                                         REMOVAL OF A CIVIL ACTION
17        v.                             FROM STATE COURT
                                         PURSUANT TO 28 U.S.C. §§
18 CEC ENTERTAINMENT, INC. d/b/a         1332(d), 1441 AND 1446
   CHUCK-E-CHEESE; and DOES 1 to
19 100, inclusive,                       Class Action Fairness Act

20              Defendants.              Action Filed: November 19, 2007

21

22        I, Jay Young, declare as follows:

23        1.    I am the Vice President and General Counsel of CEC Entertainment, Inc.

24 I am over the age of twenty-one years, of sound mind, and capable of making the

25 statements set forth in this Declaration. The statements set forth in this Declaration

26 are within my personal knowledge and are true and correct.

27        2.    In the first paragraph on page 2 of Plaintiff's Complaint, Plaintiff

28 "alleges and complains against Defendants CEC Entertainment and CHUCK-

Baker & McKenzie LLP
2300 Trammell Crow
Center
2001 Ross Avenue
Dallas, TX 75201

DALDMS/632395.1

1

Declaration of Jay Young in Support of Notice of Removal

1  E-CHEESE" (hereinafter "Defendants")...as follows:." To clarify Plaintiff's incorrect statement, CEC Entertainment, Inc. ("CEC" or the "Company") is the only defendant that is a true legal entity. CEC is a Kansas corporation, with its principal executive offices located at 4441 W. Airport Freeway, Irving, Texas 75062. CEC operates restaurants nationwide under the assumed name "Chuck E. Cheese's," including all of its restaurant operations in California. "Chuck E. Cheese's," which Plaintiff incorrectly labels as "CHUCK-E-CHEESE," is not a legal entity of any type. "Chuck E. Cheese's" is also a registered trademark owned by CEC, through a wholly owned subsidiary.

3.  As of December 31, 2006, CEC owned and operated 484 "Chuck E. Cheese's" restaurants in 44 states and Canada. Chuck E. Cheese's restaurants offer a variety of pizzas, a salad bar, sandwiches, appetizers and desserts and feature musical and comic entertainment by robotic and animated characters, family oriented games, rides and arcade-style activities. The restaurants are intended to appeal to families with children between the ages of two and 12. The Company opened its first restaurant in March 1980.

4.  In paragraph 5 of the Complaint, Plaintiff states that "Defendant's primary place of business is also located at 413 N. Azusa Avenue, Covina, California 91722." This statement is incorrect. CEC does operate one of its 484 company-owned restaurants at that location, but the Covina store is certainly not "Defendant's primary place of business." As noted above, CEC's principal executive offices – and its principal place of business – are located in Irving, Texas. CEC owns and operates 412 stores outside the State of California, including 56 stores in the State of Texas.

5.  The number of employees employed by CEC outside of California, including Texas and 42 other states, greatly exceeds the number of employees it employs in California. CEC's corporate headquarters in Irving, Texas alone employs approximately 395 individuals as of December 31, 2006. As of December 31, 2006, CEC employed approximately 18,395 employees across the nation, including

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

DALDMS/632395.1

2

Case No

approximately 2,639 employees in its 72 California-based restaurants. I gathered all of this information (except the number of California employees) from CEC's Form 10-K, with which I am intimately familiar in my capacity as General Counsel of CEC. I reviewed business records of CEC to provide the number of California-based employees, and believe that this number is accurate.

6. CEC is publicly traded on the New York Stock Exchange under the symbol "CEC." All of its top executives officers, including its Chief Executive Officer, President, Chief Financial Officer, Controller and General Counsel are located in Irving, Texas. Virtually all strategic corporate decision-making occurs in Irving, Texas. Key operational departments, including payroll, accounting, marketing, sales, human resources, and legal – just to name a few – are located in Irving, Texas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 18th day of January 2008 at Irving, Texas.

Jay Young

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

DALDMS/632395.1

3

Case No